THE PEOPLE OF THE STATE OF NEW YORK ex rel. SANS TRADING CORPORATION, Appellant, against JAMES J. SEXTON et al., Constituting the Tax Commission of the City of New York, Respondents. [325 Riverside Drive.] — Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DOROTHY CLARKE, as Administratrix of the Estate of GEORGE P. CLARKE, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post*, p. 928.]

JOHN M. CAPOZZI, an Infant, by NICHOLAS CAPOZZI, His Guardian ad Litem, et al., Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

OLYMPIA ROSSI, Appellant, v. DOMINICK ROSSI, Respondent.— Judgment unanimously affirmed. (See *Madden* v. *Madden*, 136 N. J. Eq. 132.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

42ND STREET FOTOSHOP, INC., Appellant, v. HOLBROOK MICROFILMING SERVICE, INC., Respondent, et al., Defendants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROLF F. SANDBERG, Respondent, v. MARGARET SANDBERG, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM S. WILSON et al., as Officers of New York Printing Pressmen's Union No. 51, a Voluntary Unincorporated Association Consisting of More Than Seven Members, Appellants, v. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Respondent.— Orders unanimously affirmed, each with $10 costs and disbursements, with leave to the plaintiffs to serve an amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FOX FEATURE SYNDICATE, INC., Appellant, v. HOLYOKE PUBLISHING COMPANY, INC., Respondent, et al., Defendants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY ADKINS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH H. TOOKER, Appellant, v. WALTER READE, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to serve a further amended answer within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.